IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL BROWN, LINDA HAMILTON, RACHEL MINARD, JEAN JOHNSON and MARTY MAIURO | : : : : | |
| *Plaintiffs* | : : | CIVIL ACTION – LAW |
| v. | : : | |
| TIMOTHY P. WATSON, ALEXANDER BARRY, EDWARD BABCOCK, ROBERT A. BENSON, CAROL BERNARD, MICHAEL HEROUX, LINDA KLINGAMAN, JOSEPH T. LAGRUA, DAVID LONG and COUDERSPORT AREA SCHOOL DISTRICT, | : : : : : : : : : | No. Jury Trial Demanded |
| *Defendants* | : | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Defendants, by their counsel, hereby file this notice of removal of this case from the Court of Common Pleas of Potter County, Pennsylvania, where it is now pending, to the United States District Court for the Middle District of Pennsylvania, Williamsport Division, and, in support thereof, aver as follows:

1. This action was commenced by way of a Complaint filed on behalf of plaintiffs with the Prothonotary of Potter County at Docket Number 356-2006.

2. Plaintiffs served their Complaint on defendants on October 6, 2006. A copy of the Complaint is appended hereto and marked as Exhibit "A".

3. Plaintiffs' Complaint expressly states that they seek relief pursuant to the United States Civil Rights Act of 1964, as amended, and federal civil rights Attorney's Fees Act.

4.   Any civil action brought in a state court of which the District Courts of the United States have original jurisdiction may be removed by defendants to the District Court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. §1441(a).

5.   The instant lawsuit is removable from the state court to the District Court of the United States for the Middle District of Pennsylvania, Williamsport Division, pursuant to 28 U.S.C. §1331 and is hereby removed.

6.   Written notice of the filing of this notice shall be given to all parties as required by 28 U.S.C. §1446(d).

7.   This notice is timely, being filed within 30 days of the date of service of the Complaint setting forth the claims for relief upon which this action is based.

WHEREFORE, notice is given that this action is removed from the Court of Common Pleas of Potter County to the United States District Court for the Middle District of Pennsylvania, Williamsport Division.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By  /s/David B. Lingenfelter
David B. Lingenfelter
I.D. 49652
dlingenfelter@mdwcg.com

33 W. Third Street, Suite 200
Williamsport, PA 17701
(570)326-9094 – Phone
(570)326-5507 – Fax

Date: October 16, 2006